THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
NANCY M. LISEWSKI
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, CA  94105
Telephone (415) 977-8943
Facsimile  (415) 744-0134
E-mail:  nancy.lisewski@usdoj.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| THAD LESZCZYNSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) | EDCV 09-00203 AJW <br><br> <u>ORDER OF  VOLUNTARY REMAND PURSUANT TO SENTENCE 6 OF 42 U.S.C. § 405(g)</u> |

Based upon the stipulation of the parties, and for good cause shown, IT IS ORDERED that the above-captioned proceeding is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

///

///

///

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      This remand is needed because the audio portion of the hearing held on May 14, 2008 is partially blank.  Upon receipt of the Court's order of remand, the Appeals Council will remand the case to an Administrative Law Judge for a de novo hearing and the issuance of a new decision.

Date: 4/9/2009

                                                  /S/
                              _____
                              ANDREW WISTRICH
                              UNITED STATES MAGISTRATE JUDGE