BILL LATOUR
Law Offices of Bill LaTour
11332 Mountain View Avenue
Suite C
Loma Linda, California 92354
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
Email:  bill.latour@verizon.net
Attorneys for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARY BETH O'CONNOR (228591)
Special Assistant United States Attorney
333 Market St., Suite 1500
San Francisco, CA  94105
Telephone: (415) 977-8929
Facsimile: (415) 744-0134
E-mail:  mary.beth.oconnor@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAD LESZCZYNSKI, | ) CV 09-203 AJW |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security Administration, | ) |
| | ) |
| | ) |
| Defendant. | ) |

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff hereby grants judgment for Plaintiff having obtained a favorable determination on January 25, 2010.

IT IS SO ORDERED.

DATED:     4/29/2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge

-2-